**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT EUGENE ALLEN, | ) | |
| Petitioner, | ) | 3:07-cv-00449-LRH-RAM |
| vs. | ) | **ORDER** |
| JAMES BENEDETTI, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by a Nevada prisoner represented by counsel. On February 10, 2009, the court stayed and administratively closed this case in accordance with a stipulation signed by the parties. (ECF No. 35.) The court's order specified that, upon exhausting his claims in state court, petitioner may move to reopen the case. (*Id.*)

Petitioner's further state-court proceedings have apparently concluded, and petitioner has filed a motion to reopen this action. (ECF No. 37.) The motion is unopposed.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action (ECF No. 37) is **GRANTED**. This action is **REINSTATED.**

///

///

**IT IS FURTHER ORDERED** that the **clerk shall detach** the exhibits from petitioner's motion to reopen case and file them separately as "Supplemental Exhibits to First Amended Petition."

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45) days** from the date of this order to file and serve an Answer.  Petitioner shall have **forty-five (45) days** following service of the Answer to file and serve a Reply.

**IT IS FURTHER ORDERED** that petitioner's motion to grant his request to reopen case (ECF No. 38) is **DENIED as moot.**

DATED this 9th day of August, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE